

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    Trenton Garrett v. Texas 18th U.S. District Representative Sheila Jackson Lee

Appellate case number:    01-21-00498-CV

Trial court case number:   1173525

Trial court:               County Civil Court at Law No. 1 of Harris County

Date motion filed:        December 3, 2021

Party filing motion:      Appellant

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature: _____/s/ Julie Countiss_____
                    Acting for the En Banc Court*

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ___December 14, 2021_____